B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Middle District of North Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**McDonald Brothers, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**56-0934098** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2401 US Hwy 1 North<br>Southern Pines, NC**<br>ZIP Code **28387** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Moore** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 1606<br>Southern Pines, NC**<br>ZIP Code **28388** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **McDonald Brothers, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** _____ <br>     Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

    ☐ Yes, and Exhibit C is attached and made a part of this petition.

    ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

    ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

    ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                _____

                (Name of landlord that obtained judgment)

                _____

                (Address of landlord)

    ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**McDonald Brothers, Inc.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
   Signature of Debtor

**X** _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ John A. Northen, NCSB** _____
Signature of Attorney for Debtor(s)

**John A. Northen, NCSB 6789**
Printed Name of Attorney for Debtor(s)

**Northen Blue, L.L.P.**
Firm Name

**1414 Raleigh Road, Suite 435**
**P.O. Box 2208**
**Chapel Hill, NC 27515-2208**

Address

**(919) 968-4441**
Telephone Number

**August 22, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Angus A. McDonald, JR.** _____
Signature of Authorized Individual

**Angus A. McDonald, JR.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 22, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of North Carolina

In re    McDonald Brothers, Inc.                       Case No. _____

                                       Debtor(s)          Chapter      11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| American Express<br>PO Box 297871<br>Fort Lauderdale, FL 33329 | American Express<br>PO Box 297871<br>Fort Lauderdale, FL 33329 | | | 48,431.83 |
| BB&T Bankcard Corporation<br>P.O. Box 698<br>Wilson, NC 27894-0698 | BB&T Bankcard Corporation<br>P.O. Box 698<br>Wilson, NC 27894-0698 | | | 50,124.00 |
| Carolina Atlantic Dist.<br>PO BOX 2580<br>Sanford, NC 27331 | Carolina Atlantic Dist.<br>PO BOX 2580<br>Sanford, NC 27331 | | | 41,496.11 |
| Cedar Creek, LLC<br>PO BOX 843704<br>Dallas, TX 75284 | Cedar Creek, LLC<br>PO BOX 843704<br>Dallas, TX 75284 | | | 53,057.91 |
| Colonial Materials<br>PO BOX 681627<br>Charlotte, NC 28216 | Colonial Materials<br>PO BOX 681627<br>Charlotte, NC 28216 | | | 94,593.08 |
| Com Tech<br>PO BOX 890675<br>Charlotte, NC 28289 | Com Tech<br>PO BOX 890675<br>Charlotte, NC 28289 | | | 167,732.69 |
| Cox Industries, Inc.<br>PO BOX 1124<br>Orangeburg, SC 29116 | Cox Industries, Inc.<br>PO BOX 1124<br>Orangeburg, SC 29116 | | | 274,439.50 |
| Diamond Hill Plywood Company<br>PO BOX 601905<br>Charlotte, NC 28260 | Diamond Hill Plywood Company<br>PO BOX 601905<br>Charlotte, NC 28260 | | | 88,835.70 |
| Dunning Capital<br>6837 Falls Of Neuse Road<br>Ste. 206<br>Raleigh, NC 27615 | Dunning Capital<br>6837 Falls Of Neuse Road<br>Ste. 206<br>Raleigh, NC 27615 | | | 45,000.00 |
| Fay Block Materials<br>PO DRAWER 1867<br>Fayetteville, NC 28302 | Fay Block Materials<br>PO DRAWER 1867<br>Fayetteville, NC 28302 | | | 86,158.11 |
| House Hasson Hardware<br>DEPT 888080<br>Knoxville, TN 37995 | House Hasson Hardware<br>DEPT 888080<br>Knoxville, TN 37995 | | | 105,157.88 |
| Huttig Building Products<br>PO BOX 8348<br>Rocky Mount, NC 27804 | Huttig Building Products<br>PO BOX 8348<br>Rocky Mount, NC 27804 | | | 56,657.08 |

In re   McDonald Brothers, Inc. _____     Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| IBSA<br>PO Box 2310<br>Smithfield, NC 27577 | IBSA<br>PO Box 2310<br>Smithfield, NC 27577 | | | 334,869.10 |
| Interior Distributors, Inc.<br>Box 14126<br>Raleigh, NC 27620 | Interior Distributors, Inc.<br>Box 14126<br>Raleigh, NC 27620 | | | 86,564.58 |
| Jeld-Wen Millwork<br>PO BOX 404587<br>Atlanta, GA 30384 | Jeld-Wen Millwork<br>PO BOX 404587<br>Atlanta, GA 30384 | | | 47,315.94 |
| Longleaf Truss Company<br>PO BOX 225<br>West End, NC 27376 | Longleaf Truss Company<br>PO BOX 225<br>West End, NC 27376 | | | 111,731.20 |
| MW Windows & Ply Gem<br>PO BOX 809082<br>Chicago, IL 60680 | MW Windows & Ply Gem<br>PO BOX 809082<br>Chicago, IL 60680 | | | 79,893.76 |
| NC Department of Revenue<br>501 N Wilmington Street<br>P.O. Box 25000<br>Raleigh, NC 27640-5000 | NC Department of Revenue<br>501 N Wilmington Street<br>P.O. Box 25000<br>Raleigh, NC 27640-5000 | Sales tax<br>(approximate) | | 175,000.00 |
| Welco Lumber Corp.<br>PO BOX 70216<br>Chicago, IL 60673 | Welco Lumber Corp.<br>PO BOX 70216<br>Chicago, IL 60673 | | | 68,766.78 |
| WEYERHAUSER NR Company<br>PO BOX 640160<br>Pittsburgh, PA 15264 | WEYERHAUSER NR Company<br>PO BOX 640160<br>Pittsburgh, PA 15264 | | | 94,334.48 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   August 22, 2011 _____     Signature   /s/ Angus A. McDonald, JR. _____
                                                                              Angus A. McDonald, JR.
                                                                              President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re **McDonald Brothers, Inc.**                  Case No. _____

                               Debtor

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 3,682,000.00 | | |
| B - Personal Property | Yes | 4 | 6,858,708.07 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 7,415,125.59 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 175,252.62 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 36 | | 2,542,257.01 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 52 | | | |
| Total Assets | | | 10,540,708.07 | | |
| Total Liabilities | | | | 10,132,635.22 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **McDonald Brothers, Inc.**                    ,      Case No. _____

                                  Debtor          Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com             Best Case Bankruptcy

In re   **McDonald Brothers, Inc.**                 ,      Case No. _____

                                     Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2401 US Hwy 1 (14.22 acre tract)**<br>**Southern Pines, NC 28388**<br>**Appraised value; subject to lien of BB&T.** | **Fee simple** | - | 2,500,000.00 | 2,500,000.00 |
| **4476 NC Hwy 211 (2.99 acre tract)**<br>**West End, NC**<br>**Appraised value; subject to lien of BB&T.** | **Fee simple** | - | 110,000.00 | 110,000.00 |
| **E. Devonshire Ave.**<br>**(Seven Lakes South, Lot 2183)**<br>**Tax value** | **Fee simple** | - | 33,600.00 | 176.40 |
| **E. Indiana Ave.**<br>**(2 tracts of approximately 4 acres total)**<br>**Tax value** | **Fee simple** | - | 194,400.00 | 1,623.24 |
| **192 Broken Ridge Trail**<br>**Southern Pines, NC**<br>**Tax value; subject to lien of First Bank** | **Fee simple** | - | 399,000.00 | 191,115.24 |
| **506 S. South Chatham St.**<br>**Siler City, NC**<br>**Appraised value; subject to lien of BB&T.** | **Fee simple** | - | 445,000.00 | 445,000.00 |

|  | Sub-Total > | 3,682,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 3,682,000.00 |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

In re **McDonald Brothers, Inc.** , Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BB&T operating account (Southern Pines)** | - | 2,122.79 |
| | | **BB&T Reserve Account** | - | 979.00 |
| | | **First Bank - Payroll Checking Account** | - | 1,000.00 |
| | | **BB&T- Operating Account (Siler City)** | - | 30.00 |
| | | **RBC Centura Bank** | - | 40,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Retainer at Northen Blue, LLP** | - | 36,859.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Pennsylvania Lumbermens Mutual (Commercial Property Insurance)** | - | 0.00 |
| | | **Association Ins. Company (Workers Compensation Coverage)** | - | 0.00 |
| | | **Travelers Casualty & Surety Co. of America (Fiduciary Liability Coverage)** | - | 0.00 |

Sub-Total > 80,990.79
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **McDonald Brothers, Inc.**                                            ,          Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable (book value, includes past due accounts of approximately $2 Million)** | **-** | **3,400,000.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

|  | Sub-Total >   **3,400,000.00** |
|---|---|
|  | (Total of this page) |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                                  Best Case Bankruptcy

In re   **McDonald Brothers, Inc.**                         ,       Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Sage Payroll Software (Book Value)** | - | **10,685.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 International 24' Box Truck** | - | **18,000.00** |
| | | **2007 International 7500 HT750 24' Box Truck (Truck #78)** | - | **18,500.00** |
| | | **2007 International 9200i Truck (Truck #104)** | - | **28,500.00** |
| | | **2007 Ford LCF Truck (Truck #106)** | - | **16,500.00** |
| | | **2007 Ford LCF Flatbed Truck (Truck #105)** | - | **16,500.00** |
| | | **2006 International 4300 Truck (Truck #117)** | - | **18,000.00** |
| | | **2006 International 1652 Box Van (Truck #115)** | - | **4,000.00** |
| | | **2008 Utility Trailer (Trailer #T11)** | - | **12,500.00** |
| | | **Trucks & Trailers located in Southern Pines, Siler City and West End** | - | **403,000.00** |
| 26. Boats, motors, and accessories. | X | | | |

|  | Sub-Total > | **546,185.00** |
|---|---|---|
| | (Total of this page) | |

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                            Best Case Bankruptcy

In re   **McDonald Brothers, Inc.**                               ,      Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment at Southern Pines and Siler City locations (Includes computer hardware, copiers, fax machines, telephones and telephone system, office furniture aand software)** | - | 41,110.00 |
| | | **IBM/Linux Database Server** | - | 15,499.73 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Located at Southern Pines and Siler City locations (includes forklifts, tools and related equipment)** | - | 114,000.00 |
| 30. Inventory. | | **Located at Southern Pines and Siler City locations (Includes obsolete inventory of an unknown amount)** | - | 2,660,922.55 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 2,831,532.28 |
| (Total of this page) | |
| Total > | 6,858,708.07 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

In re **McDonald Brothers, Inc.**   , Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **BB&T** <br> **Bankruptcy Section** <br> **PO Box 1847** <br> **Wilson, NC 27894-1847** | X | - | **Term Loan** <br><br> **Lien on accounts, inventory, equipment, general intangibles, deposit accounts, chattel paper, instruments, furniture, machinery and real property owned by Debtor and by others.** <br> Value $ 9,230,500.00 | | | | 4,434,000.00 | 0.00 |
| Account No. <br><br> **BB&T** <br> **Bankruptcy Section** <br> **PO Box 1847** <br> **Wilson, NC 27894-1847** | X | - | **Revolving loan** <br><br> **Lien on accounts, inventory, equipment, general intangibles, deposit accounts, chattel paper, instruments, furniture, machinery and real property owned by Debtor and by others.** <br> Value $ 9,230,500.00 | | | | 2,446,600.00 | 0.00 |
| Account No. <br><br> **BB&T Equipment Financing** <br> **PO Box 31273** <br> **Charlotte, NC 28231** | | - | **2008 Utility Trailer** <br> **(Trailer #T11)** <br><br><br> Value $ 12,500.00 | | | | 3,417.35 | 0.00 |
| Account No. <br><br> **Chatham County Tax Collector** <br> **PO Box 697** <br> **Pittsboro, NC 27312** | | - | **506 S. South Chatham St.** <br> **Siler City, NC** <br> **Appraised value; subject to lien of BB&T.** <br><br> Value $ 445,000.00 | | | | 3,032.84 | 0.00 |

__4__ continuation sheets attached

Subtotal
(Total of this page) | 6,887,050.19 | 0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re **McDonald Brothers, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deed of Trust | | | | | |
| **First Bank** **PO Box 1657** **Southern Pines, NC 28388** | | | **192 Broken Ridge Trail** **Southern Pines, NC** Tax value; subject to lien of First Bank | | | | | |
| | | | Value $ **399,000.00** | | | | **189,000.00** | **0.00** |
| Account No. | | | **2007 Ford LCF Truck** **(Truck #106)** | | | | | |
| **Ford Motor Credit** **P.O. Box 472687** **Charlotte, NC 28247** | | - | | | | | | |
| | | | Value $ **16,500.00** | | | | **6,425.88** | **0.00** |
| Account No. | | | **2007 Ford LCF Flatbed Truck** **(Truck #105)** | | | | | |
| **Ford Motor Credit** **P.O. Box 472687** **Charlotte, NC 28247** | | - | | | | | | |
| | | | Value $ **16,500.00** | | | | **5,390.24** | **0.00** |
| Account No. | | | **IBM/Linux Database Server** | | | | | |
| **Great American Leasing** **P.O. Box 10426** **Des Moines, IA 50306** | | - | | | | | | |
| | | | Value $ **15,499.73** | | | | **11,659.30** | **0.00** |
| Account No. | | | **Sage Payroll Software** **(Book Value)** | | | | | |
| **Key Equipment Leasing** **26000 Cannon Road** **Cleveland, OH 44146** | | - | | | | | | |
| | | | Value $ **10,685.00** | | | | **7,876.99** | **0.00** |

Sheet **1** of **4** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | **220,352.41** | **0.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re __McDonald Brothers, Inc._____ ,   Case No. _____
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Moore County Tax Collector <br> P.O. Drawer 428 <br> Carthage, NC 28327 | | - | 2401 US Hwy 1 (14.22 acre tract) <br> Southern Pines, NC 28388 <br> Appraised value; subject to lien of BB&T. <br><br> Value $         2,500,000.00 | | | | 10,823.80 | 0.00 |
| Account No. <br><br> Moore County Tax Collector <br> P.O. Drawer 428 <br> Carthage, NC 28327 | | - | 4476 NC Hwy 211 (2.99 acre tract) <br> West End, NC <br> Appraised value; subject to lien of BB&T. <br><br> Value $         110,000.00 | | | | 768.08 | 0.00 |
| Account No. <br><br> Moore County Tax Collector <br> P.O. Drawer 428 <br> Carthage, NC 28327 | | - | E. Devonshire Ave. <br> (Seven Lakes South, Lot 2183) <br> Tax value <br><br> Value $         33,600.00 | | | | 176.40 | 0.00 |
| Account No. <br><br> Moore County Tax Collector <br> P.O. Drawer 428 <br> Carthage, NC 28327 | | - | E. Indiana Ave. <br> (2 tracts of approximately 4 acres total) <br> Tax value <br><br> Value $         194,400.00 | | | | 1,623.24 | 0.00 |
| Account No. <br><br> Moore County Tax Collector <br> P.O. Drawer 428 <br> Carthage, NC 28327 | | - | 192 Broken Ridge Trail <br> Southern Pines, NC <br> Tax value; subject to lien of First Bank <br><br> Value $         399,000.00 | | | | 2,115.24 | 0.00 |
| Sheet __2__ of __4__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal <br> (Total of this page) | | | | 15,506.76 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

In re **McDonald Brothers, Inc.** , Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Navistar Financial Corporation<br>425 N Martingale Road # 1800☐☐<br>Schaumburg, IL 60173 | - | | 2006 International 24' Box Truck<br><br><br>Value $      18,000.00 | | | | 1,919.00 | 0.00 |
| Account No.<br><br>Navistar Financial Corporation<br>425 N Martingale Road # 1800☐☐<br>Schaumburg, IL 60173 | - | | 2007 International 7500 HT750 24' Box Truck<br>(Truck #78)<br><br>Value $      18,500.00 | | | | 8,802.97 | 0.00 |
| Account No.<br><br>Navistar Financial Corporation<br>425 N Martingale Road # 1800☐☐<br>Schaumburg, IL 60173 | - | | 2007 International 9200i Truck<br>(Truck #104)<br><br>Value $      28,500.00 | | | | 12,828.49 | 0.00 |
| Account No.<br><br>Navistar Financial Corporation<br>425 N Martingale Road # 1800☐☐<br>Schaumburg, IL 60173 | - | | 2006 International 4300 Truck<br>(Truck #117)<br><br>Value $      18,000.00 | | | | 6,359.00 | 0.00 |
| Account No.<br><br>Navistar Financial Corporation<br>425 N Martingale Road # 1800☐☐<br>Schaumburg, IL 60173 | - | | 2006 International 1652 Box Van<br>(Truck #115)<br><br>Value $      4,000.00 | | | | 10,917.74 | 6,917.74 |

Sheet **3** of **4** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      40,827.20      6,917.74

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **McDonald Brothers, Inc.** ,                              Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Thomas Manufacturing Company PO Box 407 Siler City, NC 27344** | - | | **Deed of Trust** **506 S. South Chatham St. Siler City, NC Appraised value; subject to lien of BB&T.** Value $ **445,000.00** | | | | **251,389.03** | **0.00** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **251,389.03** | **0.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **7,415,125.59** | **6,917.74** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

In re **McDonald Brothers, Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2** continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

In re **McDonald Brothers, Inc.**                                    , Case No. _____
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | For Notice Purposes Only | | | | | | |
| Chatham County Tax Collector PO Box 697 Pittsboro, NC 27312 | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | For Notice Purposes Only | | | | | | |
| Employment Security Commission 700 Wade Avenue P.O. Box 26504 Raleigh, NC 27611 | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | For Notice Purposes Only | | | | | | |
| Internal Revenue Service Special Procedures 2303 Meadowview Road Mail Stop #9 Greensboro, NC 27407 | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | For notice purposes only. | | | | | | |
| Lee County Tax Collector P.O. Box 1968 Sanford, NC 27331-1147 | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | Ad valorem tax on personal property | | | | | | |
| Moore County Tax Collector P.O. Drawer 428 Carthage, NC 28327 | - | | | | | | | | 0.00 | |
| | | | | | | | | 252.62 | | 252.62 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 252.62 | 252.62 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re **McDonald Brothers, Inc.** , Case No. _____
                                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Sales tax (approximate) | | | | | | |
| **NC Department of Revenue** **501 N Wilmington Street** **P.O. Box 25000** **Raleigh, NC 27640-5000** | - | | | | | | | 175,000.00 | 0.00 | 175,000.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 175,000.00 | 175,000.00 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 175,252.62 | 175,252.62 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

In re   **McDonald Brothers, Inc.** _____,   Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **20-20 Technologies 400 Armand Frappier Blvd. Suite 2020 Laval, Quebec CA** | | - | | | | | | | 882.00 |
| Account No. **Activant Solutions 12130 PENNSYLVANIA STREET Dept. 232 Denver, CO 80291** | | - | | | | | | | 10,511.45 |
| Account No. **Advance Auto Work PO Box 5219 Carol Stream, IL 60197-5219** | | - | | | | | | | 444.04 |
| Account No. **AEC Imaging & Graphics, LLC 125 Murray Hill Road STE E Southern Pines, NC 28387** | | - | | | | | | | 176.14 |

___35___  continuation sheets attached

Subtotal (Total of this page)   **12,013.63**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          S/N:20666-110629     Best Case Bankruptcy

In re **McDonald Brothers, Inc.** ,
                                    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Alfra USA LLC** **120 Prairie Lake Road** **STE B** **Dundee, IL 60118-9128** | - | | | | | | 863.67 |
| Account No. | | | | | | | |
| **All State Glass** **1200 N Sandhills Blvd** **Aberdeen, NC 28315** | - | | | | | | 54.20 |
| Account No. | | | | | | | |
| **Allstate Workplace Division** **PO Box 678227** **Dallas, TX 75267-8227** | - | | | | | | 1,777.07 |
| Account No. | | | | | | | |
| **Ameri Gas** **1340 Central Drive** **Southern Pines, NC 28387** | - | | | | | | 2,143.71 |
| Account No. | | | | | | | |
| **American Discount Aluminum, Inc.** **PO Box 4332** **Tallahassee, FL 32315** | - | | | | | | 712.50 |

Sheet no. __1__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 5,551.15

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re **McDonald Brothers, Inc.** _____, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | | |
| American Express PO Box 297871 Fort Lauderdale, FL 33329 | | | | | | | | 48,431.83 |
| Account No. | | - | | | | | | |
| American General Tools 2750 Auto Park Way, STE 13 Escondido, CA 92029 | | | | | | | | 435.25 |
| Account No. | | - | | | | | | |
| American Heritage Life Insurance Co. P O Box 650514 Dallas, TX 75265-0514 | | | | | | | | 735.82 |
| Account No. | | - | | | | | | |
| Anderson Logistics PO BOX 905084 Charlotte, NC 28290 | | | | | | | | 17,803.45 |
| Account No. | | - | | | | | | |
| Appalachian Lumber Company 5879 W. US 421 North Wilkesboro, NC 28697 | | | | | | | | 2,548.93 |

Sheet no. __2__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

69,955.28

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re  **McDonald Brothers, Inc.**                                    Case No. _____
                                                    ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Applied Copier Concepts** **PO Box 18606** **Greensboro, NC 27419-8606** | - | | | | | | 105.86 |
| Account No. | | | | | | | |
| **Assurant Benefits** **PO Box 803821** **Kansas City, MO 64180-3821** | - | | | | | | 433.80 |
| Account No. | | | | | | | |
| **Atlantic Coast Toyotalift** **Po Box B** **High Point, NC 27260** | - | | | | | | 5,028.00 |
| Account No. | | | | | | | |
| **Atlas Express Inc.** **PO Box 16173** **Chesapeake, VA 23328** | - | | | | | | 325.00 |
| Account No. | | | | | | | |
| **Baldwin Hardware Corp.** **13212 Collections Center Drive** **Fayetteville, NC 28302-0109** | - | | | | | | 3,689.70 |

Sheet no. __3__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          9,582.36

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

In re **McDonald Brothers, Inc.** ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Baywood Builders** **128 Carson Court** **Pittsboro, NC 27312** | - | | | | | | 380.00 |
| Account No. | | | | | | | |
| **BB&T Bankcard Corporation** **P.O. Box 698** **Wilson, NC 27894-0698** | - | | | | | | 50,124.00 |
| Account No. | | | | | | | |
| **BB&T Equipment Finance** **PO Box 580155** **Charlotte, NC 28258-0155** | - | | | | | | 629.43 |
| Account No. | | | | | | | |
| **Best Distributing Company** **PO Box 75368** **Charlotte, NC 28275-0368** | - | | | | | | 319.10 |
| Account No. | | | | | | | |
| **Bilco Company** **PO Box 845668** **Boston, MA 02284-5668** | - | | | | | | 1,094.65 |

Sheet no. __4___ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **52,547.18**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re  **McDonald Brothers, Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Bill Smith Ford, Inc.** **PO Box 5** **Southern Pines, NC 28388-0005** | - | | | | | | 335.97 |
| Account No. | | | | | | | |
| **Black & Decker** **PO Box 198947** **Atlanta, GA 30384-8947** | - | | | | | | 416.63 |
| Account No. | | | | | | | |
| **Blaine Window Hardware** **17319 Blaine Drive** **Hagerstown, MD 21740** | - | | | | | | 87.65 |
| Account No. | | | | | | | |
| **Boyle & Chase, Inc.** **PO Box 74** **Accord, MA 02018-0074** | - | | | | | | 48.09 |
| Account No. | | | | | | | |
| **C.H. Briggs Hardware Co. Inc.** **PO Box 15188** **Reading, PA 19612-5188** | - | | | | | | 57.66 |

Sheet no. __5__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        946.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re **McDonald Brothers, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Candor Oil Company PO BOX 446 Candor, NC 27229 | - | | | | | | | 37,982.48 |
| Account No. | | | | | | | | |
| Carhartt, Inc. PO Box 731237 Dallas, TX 75373-1234 | - | | | | | | | 1,879.00 |
| Account No. | | | | | | | | |
| Carolina Atlantic Dist. PO BOX 2580 Sanford, NC 27331 | - | | | | | | | 41,496.11 |
| Account No. | | | | | | | | |
| Carolina Door & Hardware, Inc. PO Box 2787 Greensboro, NC 27402 | - | | | | | | | 5,484.68 |
| Account No. | | | | | | | | |
| Carolina Trim Specialties PO Box 275 Indian Trail, NC 28079-0275 | - | | | | | | | 2,009.86 |

Sheet no. __6__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

88,852.13

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com  Best Case Bankruptcy

In re **McDonald Brothers, Inc.** , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Carter Millwork PO Box 189 Linwood, NC 27299 | - | | | | | | | 512.07 |
| Account No. | | | | | | | | |
| Cedar Creek, LLC PO BOX 843704 Dallas, TX 75284 | - | | | | | | | 53,057.91 |
| Account No. | | | | | | | | |
| Central Electric Mem Corp. PO Box 1107 Sanford, NC 27331-1107 | - | | | | | | | 1,303.07 |
| Account No. | | | | | | | | |
| Central Security Sys., Inc. 370 NW Broad Street Southern Pines, NC 28387 | - | | | | | | | 366.50 |
| Account No. | | | | | | | | |
| CenturyLink P O Box 4300 Carol Stream, IL 60197-4300 | - | | | | | | | 8,919.44 |

| | | |
|---|---|---|
| Sheet no. _7_ of _35_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 64,158.99 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re **McDonald Brothers, Inc.** , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **City of Sanford** **PO Box 1558** **Sanford, NC 27331** | | - | | | | | 27.78 |
| Account No. | | | | | | | |
| **Clark Chev-Cad, Inc.** **PO Box 1890** **Pinehurst, NC 28370-1890** | | - | | | | | 18.29 |
| Account No. | | | | | | | |
| **Coilhose Pneumatics** **19 Kimberly Road** **East Brunswick, NJ 08816** | | - | | | | | 1,993.34 |
| Account No. | | | | | | | |
| **Colonial Materials** **PO BOX 681627** **Charlotte, NC 28216** | | - | | | | | 94,593.08 |
| Account No. | | | | | | | |
| **Com Tech** **PO BOX 890675** **Charlotte, NC 28289** | | - | | | | | 167,732.69 |

Sheet no. __8__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    264,365.18

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re **McDonald Brothers, Inc.** ,                     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Connect NC** <br> **420 SW Broad Street** <br> **Southern Pines, NC 28387** | - | | | | | | 350.82 |
| Account No. | | | | | | | |
| **Copywright Printing Company** <br> **150 Shepard Trail** <br> **Aberdeen, NC 28315** | - | | | | | | 2.28 |
| Account No. | | | | | | | |
| **Cox Industries, Inc.** <br> **PO BOX 1124** <br> **Orangeburg, SC 29116** | - | | | | | | 274,439.50 |
| Account No. | | | | | | | |
| **CRA Payment Center** <br> **PO Box 3900** <br> **Lancaster, PA 17604-3900** | - | | | | | | 95.28 |
| Account No. | | | | | | | |
| **Creative Specialties** <br> **75 Remittance Drive #1590** <br> **Chicago, IL 60675-1590** | - | | | | | | 630.72 |

Sheet no. _9_ of _35_ sheets attached to Schedule of           Subtotal                275,518.60
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re **McDonald Brothers, Inc.** ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**CSX Transportation**<br>**PO Box 116628**<br>**Atlanta, GA 30368-6628** | - | | | | | | | | 100.00 |
| Account No.<br><br>**Dallas Millwork**<br>**PO BOX 549**<br>**Hiram, GA 30141** | - | | | | | | | | 8,949.00 |
| Account No.<br><br>**Dealers Supply**<br>**PO Box 1070**<br>**Charlotte, NC 28201-1070** | - | | | | | | | | 5,091.00 |
| Account No.<br><br>**Deltana Enterprises, Inc.**<br>**10820 NW 29 Street**<br>**Miami, FL 33172** | - | | | | | | | | 1,418.70 |
| Account No.<br><br>**Deluxe**<br>**PO Box 88042**<br>**Chicago, IL 60680-1042** | - | | | | | | | | 758.82 |

Sheet no. __10__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          16,317.52

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re **McDonald Brothers, Inc.** ,  Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. <br><br> Diamond Hill Plywood Company <br> PO BOX 601905 <br> Charlotte, NC 28260 | - | | | | | | | | 88,835.70 |
| Account No. <br><br> Dixon Hughes, LLP <br> Suite 700, One West Fourth Street <br> Winston Salem, NC 27101 | - | | | | | | | | 11,248.50 |
| Account No. <br><br> Door Tech LLC <br> 121 Cedar Lane Drive <br> Lexington, NC 27292 | - | | | | | | | | 270.00 |
| Account No. <br><br> Doster, Post, Silverman & Foushee <br> PO Box 1320 <br> Sanford, NC 27331 | - | | | | | | | | 1,790.00 |
| Account No. <br><br> Dunning Capital <br> 6837 Falls Of Neuse Road <br> Ste. 206 <br> Raleigh, NC 27615 | - | | | | | | | | 45,000.00 |

Sheet no. __11__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

147,144.20

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re **McDonald Brothers, Inc.**                                     ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Dyke Industries** **PO Box 8257** **Rocky Mount, NC 27804** | | - | | | | | 7,247.68 |
| Account No. | | | | | | | |
| **E&M Consulting, Inc.** **80 West 78th Street, STE 230** **Chanhassen, MN 55317** | | - | | | | | 95.00 |
| Account No. | | | | | | | |
| **Endura** **PO BOX 277748** **Atlanta, GA 30384** | | - | | | | | 11,656.84 |
| Account No. | | | | | | | |
| **Equifax Credit Info Service** **PO Box 105835** **Atlanta, GA 30348-5835** | | - | | | | | 69.83 |
| Account No. | | | | | | | |
| **eReplacement Parts.com** **564 W 9320 S** **Sandy, UT 84070** | | - | | | | | 155.90 |

Sheet no. __12__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)            19,225.25

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re **McDonald Brothers, Inc.** _____ , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Essroc Cement Corp.**<br>**PO BOX 642336**<br>**Pittsburgh, PA 15264** | - | | | | | | 29,857.00 |
| Account No.<br><br>**Fay Block Materials**<br>**PO DRAWER 1867**<br>**Fayetteville, NC 28302** | - | | | | | | 86,158.11 |
| Account No.<br><br>**FedEx**<br>**PO Box 371461**<br>**Pittsburgh, PA 15250** | - | | | | | | 78.77 |
| Account No.<br><br>**Fitzgerald Wood Products, Inc.**<br>**4022 Market Street STE 101**<br>**Wilmington, NC 28403** | - | | | | | | 3,348.00 |
| Account No.<br><br>**Ford Credit**<br>**P.O. Box 105697**<br>**Atlanta, GA 30348-5697** | - | | | | | | 1,110.40 |

Sheet no. __13__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

120,552.28

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re **McDonald Brothers, Inc.**                                      Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Gaddy Waste Service** PO Box 336 Cameron, NC 28326 | - | | | | | | | | 255.28 |
| Account No. | | | | | | | | | |
| **GE Capital** P.O. Box 3083 Cedar Rapids, IA 52406-3083 | - | | | | | | | | 132.00 |
| Account No. | | | | | | | | | |
| **Gene Inman Trans of Whiteville Inc.** 346 Bill Hooks Road Whiteville, NC 28472 | - | | | | | | | | 410.00 |
| Account No. | | | | | | | | | |
| **Grabber Const. Products** PO BOX 29675 Dept. 2021 Phoenix, AZ 85038 | - | | | | | | | | 20,134.60 |
| Account No. | | | | | | | | | |
| **Graco Distributors** 532 PATTERSON AVE Mooresville, NC 28115 | - | | | | | | | | 6,273.10 |

Sheet no. __14__ of __35__ sheets attached to Schedule of              Subtotal                27,204.98
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re __McDonald Brothers, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** <br><br> **Grant's Express Tire & Auto** <br> **101 Cheraw Road** <br> **Hamlet, NC 28345** | - | | | | | | | 636.95 |
| **Account No.** <br><br> **Green Guard First Aid & Safety** <br> **4159 Shoreline Drive** <br> **Earth City, MO 63045** | - | | | | | | | 69.32 |
| **Account No.** <br><br> **Gregory Poole** <br> **Equipment Company** <br> **PO Box 60457** <br> **Charlotte, NC 28260** | - | | | | | | | 254.46 |
| **Account No.** <br><br> **High Level Components, LLC** <br> **PO BOX 157** <br> **Locust, NC 28097** | - | | | | | | | 156.16 |
| **Account No.** <br><br> **Hitachi Koki USA, Ltd.** <br> **DRAWER 100794** <br> **Atlanta, GA 30384** | - | | | | | | | 22,705.31 |

| | | |
|---|---|---|
| Sheet no. __15__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 23,822.20 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re  **McDonald Brothers, Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **HK Windows** **5101 Nelson Road STE 100** **Morrisville, NC 27560** | - | | | | | | 149.50 |
| Account No. | | | | | | | |
| **Horizon Forest Products, L.P.** **PO Box 46809** **Raleigh, NC 27620** | - | | | | | | 1,114.27 |
| Account No. | | | | | | | |
| **House Hasson Hardware** **DEPT 888080** **Knoxville, TN 37995** | - | | | | | | 105,157.88 |
| Account No. | | | | | | | |
| **Huttig Building Products** **PO BOX 8348** **Rocky Mount, NC 27804** | - | | | | | | 56,657.08 |
| Account No. | | | | | | | |
| **HY-Lite** **3000 East Johnson Avenue** **Pensacola, FL 32514** | - | | | | | | 2,937.90 |

Sheet no. __16__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **166,016.63**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

In re **McDonald Brothers, Inc.** , Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**IBSA**<br>**PO Box 2310**<br>**Smithfield, NC 27577** | | - | | | | | | 334,869.10 |
| Account No.<br><br>**IDH By ST. Simon Inc.**<br>**PO Box 6776**<br>**Orange, CA 92863-6776** | | - | | | | | | 87.99 |
| Account No.<br><br>**Information Technology Services**<br>**PO Box 752167**<br>**Charlotte, NC 28275-2167** | | - | | | | | | 155.81 |
| Account No.<br><br>**Insight Direct USA, Inc.**<br>**PO Box 731069**<br>**Dallas, TX 75373-1069** | | - | | | | | | 1,547.40 |
| Account No.<br><br>**Insignia Systems, Inc.**<br>**8799 Brooklyn Blvd.**<br>**Minneapolis, MN 55455** | | - | | | | | | 165.59 |

Sheet no. __17__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     336,825.89

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

In re  **McDonald Brothers, Inc.** ,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Interior Distributors, Inc. Box 14126 Raleigh, NC 27620 | - | | | | | | | 86,564.58 |
| Account No. | | | | | | | | |
| Interstate Batteries P.O. Box 660076 Dallas, TX 75266-0076 | - | | | | | | | 368.20 |
| Account No. | | | | | | | | |
| Interstate Dist. of Dunn PO BOX 1145 Dunn, NC 28335 | - | | | | | | | 18,384.78 |
| Account No. | | | | | | | | |
| Jeld-Wen Millwork PO BOX 404587 Atlanta, GA 30384 | - | | | | | | | 47,315.94 |
| Account No. | | | | | | | | |
| Jenny Products, Inc. PO Box 640384 Somerset, PA 15501-1069 | - | | | | | | | 26.00 |

Sheet no. __18__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

152,659.50

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

In re **McDonald Brothers, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| Johnson Lumber Products, Inc. PO Box 37 Ivanhoe, NC 28447-0037 | | | | | | | | 310.00 |
| Account No. | | - | | | | | | |
| JW Distributors, Inc. 1517 Buckhorn Road Mebane, NC 27302 | | | | | | | | 1,210.45 |
| Account No. | | - | | | | | | |
| Kiley Millwork Specialties 103 Crescent Avenue Fayetteville, NC 28305 | | | | | | | | 538.00 |
| Account No. | | - | | | | | | |
| Kraft Tool Company PO Box 860230 Shawnee, KS 66286 | | | | | | | | 835.25 |
| Account No. | | - | | | | | | |
| Labcorp of America Holdings PO Box 12140 Burlington, NC 27216-2140 | | | | | | | | 135.00 |

Sheet no. __19__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,028.70

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **McDonald Brothers, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Lansing BLGD Products PO Box 28750 Henrico, VA 23228-8750 | - | | | | | | | 146.80 |
| Account No. | | | | | | | | |
| Light Styles 1261 CLAREMONT ROAD Carlisle, PA 17015 | - | | | | | | | 11,908.43 |
| Account No. | | | | | | | | |
| LL Cultured Marble, Inc. 1184 Maple Grove Church Road Mount Airy, NC 27030 | - | | | | | | | 295.14 |
| Account No. | | | | | | | | |
| Longleaf Truss Company PO BOX 225 West End, NC 27376 | - | | | | | | | 111,731.20 |
| Account No. | | | | | | | | |
| Lowe Mfg Co., Inc. 18903 High Point Road Viola, WI 54664-8916 | - | | | | | | | 1,860.63 |

Sheet no. __20__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

125,942.20

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

In re **McDonald Brothers, Inc.** , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | | | | | |
| Masterbrand Cabinets 75 REMITTANCE DR STE 1860 Chicago, IL 60675 | - | | | | | | | | 27,540.43 |
| Account No. | | | | | | | | | |
| Meyers Decorative PO Box 905025 Charlotte, NC 28290 | - | | | | | | | | 3,006.83 |
| Account No. | | | | | | | | | |
| MGM Industries 287 FREEHILL ROAD Hendersonville, TN 37075 | - | | | | | | | | 6,474.70 |
| Account No. | | | | | | | | | |
| Monroe Hardware PO BOX 5015 Monroe, NC 28110 | - | | | | | | | | 13,247.02 |
| Account No. | | | | | | | | | |
| Moss Supply Company PO Box 26338 Charlotte, NC 28221-6338 | - | | | | | | | | 930.40 |

Sheet no. __21__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51,199.38

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re **McDonald Brothers, Inc.** ,          Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Mouser Custom Cabinetry, LLC 2112 N. HWY 31 West Elizabethtown, KY 42701** | - | | | | | | 993.45 |
| Account No. | | | | | | | |
| **MW Windows & Ply Gem PO BOX 809082 Chicago, IL 60680** | - | | | | | | 79,893.76 |
| Account No. | | | | | | | |
| **New River Building Supply PO Box 2960 Boone, NC 28607-2960** | - | | | | | | 1,092.28 |
| Account No. | | | | | | | |
| **Norandex/Reynolds Building Products 178 East Mountain Drive Fayetteville, NC 28306** | - | | | | | | 22.01 |
| Account No. | | | | | | | |
| **Parksite Inc. 6982 PAYSPHERE CIRCLE Chicago, IL 60674** | - | | | | | | 29,214.04 |

Sheet no. __22__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **111,215.54**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re   **McDonald Brothers, Inc.**                 ,     Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Paul Argoe Screens, Inc.** <br> **PO Box 8** <br> **North, SC 29112-0008** | - | | | | | | 1,128.63 |
| Account No. <br><br> **Pennsylvania Lumbermen's Mutual** <br> **PO Box 827925** <br> **Philadelphia, PA 19182-7925** | - | | | | | | 2,263.81 |
| Account No. <br><br> **Penrod Company** <br> **PO Box 2100** <br> **Virginia Beach, VA 23450** | - | | | | | | 1,672.61 |
| Account No. <br><br> **Phillips Ford** <br> **PO Box 100** <br> **Carthage, NC 28327** | - | | | | | | 18.57 |
| Account No. <br><br> **Pitney Bowes Global Financial Services,** <br> **P O Box 856460** <br> **Louisville, KY 40285** | - | | | | | | 1,933.94 |

| | | |
|---|---|---|
| Sheet no. __23__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 7,017.56 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re __McDonald Brothers, Inc._____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Porta-Nails, INC**<br>**PO Box 1257**<br>**Wilmington, NC 28402** | | - | | | | | | 135.22 |
| Account No.<br><br>**Praxair Distribution**<br>**Dept. 0812**<br>**PO Box 120812**<br>**Dallas, TX 75312** | | - | | | | | | 83.41 |
| Account No.<br><br>**Pre-Paid Legal Service, Inc.**<br>**PO Box 2629**<br>**Ada, OK 74821-9984** | | - | | | | | | 255.20 |
| Account No.<br><br>**Primesource Building Products, Inc.**<br>**2517 PAYSPHERE CIRCLE**<br>**Chicago, IL 60674** | | - | | | | | | 5,405.75 |
| Account No.<br><br>**Pro-Kay Supply, Inc.**<br>**PO Box 93**<br>**Orrum, NC 28369-0093** | | - | | | | | | 1,679.50 |

Sheet no. __24__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,559.08

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re **McDonald Brothers, Inc.** ,                                    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| **Purchase Power**<br>**PO BOX 856042**<br>**Louisville, KY 40285-6042** | - | | | | | | | | 3,161.83 |
| Account No. | | | | | | | | | |
| **Randolph Electric Mem Corp.**<br>**PO Box 880**<br>**Robbins, NC 27325-0880** | - | | | | | | | | 165.96 |
| Account No. | | | | | | | | | |
| **Republic Services #778**<br>**PO Box 9001099**<br>**Louisville, KY 40290-1099** | - | | | | | | | | 1,773.67 |
| Account No. | | | | | | | | | |
| **Robbins May & Rich, LLP**<br>**120 Applecross Road**<br>**Pinehurst, NC 28374** | - | | | | | | | | 6,248.50 |
| Account No. | | | | | | | | | |
| **Rockwell Towing**<br>**145 Carolina Road**<br>**Aberdeen, NC 28315** | - | | | | | | | | 135.00 |

Sheet no. __25__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,484.96

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re   **McDonald Brothers, Inc.** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **S&H Oil Company** **119A West Dolphin Street** **Siler City, NC 27344** | - | | | | | | 196.28 |
| Account No. | | | | | | | |
| **Safety Kleen Corp** **P.O. BOX 382066** **Pittsburgh, PA 15250-8066** | - | | | | | | 365.85 |
| Account No. | | | | | | | |
| **Sandhill Electrical Supply** **PO Box 1510** **Cary, NC 27512-1510** | - | | | | | | 10.74 |
| Account No. | | | | | | | |
| **Sandhills Office Systems** **PO Box 850** **Rockingham, NC 28380** | - | | | | | | 331.74 |
| Account No. | | | | | | | |
| **Sandhills Urgent Care** **10935 US 15-501 HWY** **Southern Pines, NC 28387** | - | | | | | | 214.00 |

Sheet no. __26__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,118.61

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re **McDonald Brothers, Inc.** ,                    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Seven Lakes Hardware PO Box 406 West End, NC 27376 | - | | | | | | | 219.00 |
| Account No. | | | | | | | | |
| Seven Lakes Landowners Association PO Box 1359 Commerce, GA 30529-0026 | - | | | | | | | 11.40 |
| Account No. | | | | | | | | |
| Shell PO Box 183019 Columbus, OH 43218-3019 | - | | | | | | | 30.84 |
| Account No. | | | | | | | | |
| Smith's Mtn Water PO Box 845 Pittsboro, NC 27312 | - | | | | | | | 2,902.11 |
| Account No. | | | | | | | | |
| Snavely Forest Products PO BOX 740996 Atlanta, GA 30374 | - | | | | | | | 39,799.58 |

Sheet no. __27__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    42,962.93

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re **McDonald Brothers, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| Southern Forest Products, Inc. 144 LUMBER LANE Mount Holly, NC 28120 | | | | | | | | 9,614.64 |
| Account No. | | - | | | | | | |
| Southern Motor Parts, Inc. PO Box 1096 Aberdeen, NC 28315 | | | | | | | | 327.85 |
| Account No. | | - | | | | | | |
| Southern Pines Chevy PO Bo x570 Southern Pines, NC 28388 | | | | | | | | 32.96 |
| Account No. | | - | | | | | | |
| Sprint P.O. Box 96064 Charlotte, NC 28296-0064 | | | | | | | | 5,607.56 |
| Account No. | | - | | | | | | |
| Staples Advantage PO Box 405386 Atlanta, GA 30384-5386 | | | | | | | | 646.92 |

Sheet no. \_\_**28**\_\_ of \_\_**35**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **16,229.93**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re **McDonald Brothers, Inc.** , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| Steel & Pipe Co. PO BOX 700 Sanford, NC 27331 | | | | | | | | 7,830.59 |
| Account No. | | - | | | | | | |
| Sullair Corporation PO Box 73178 Chicago, IL 60673 | | | | | | | | 32.51 |
| Account No. | | - | | | | | | |
| Suresource 20 Constitution Blvd South Shelton, CT 06484-4302 | | | | | | | | 90.24 |
| Account No. | | - | | | | | | |
| The Door Store of America 10681 WORLD TRADE BLVD. Raleigh, NC 27617 | | | | | | | | 6,577.95 |
| Account No. | | - | | | | | | |
| The Hardwood Store PO Box 15 Gibsonville, NC 27249 | | | | | | | | 1,151.76 |

Sheet no. __29__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    15,683.05

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

In re  **McDonald Brothers, Inc.**
,
Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| The Oil Changer, Inc. 345 Murray Hill Road Southern Pines, NC 28387 | - | | | | | | 26.48 |
| Account No. | | | | | | | |
| Thomas Tire Company PO Box 2917 Asheboro, NC 27204 | - | | | | | | 360.63 |
| Account No. | | | | | | | |
| Tillman PO Box 6257 Compton, CA 90224-6257 | - | | | | | | 613.80 |
| Account No. | | | | | | | |
| Tinder Wholesale PO BOX 2188 Manassas, VA 20108 | - | | | | | | 17,440.89 |
| Account No. | | | | | | | |
| Top Notch Dist., Inc. PO Box 189 Honesdale, PA 18431-0189 | - | | | | | | 158.42 |

Sheet no. __30__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,600.22

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re **McDonald Brothers, Inc.** , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Triad Corrugated Metal, Inc.**<br>**PO Box 4907**<br>**Asheboro, NC 27204-4907** | - | | | | | | 1,044.04 |
| Account No.<br><br>**Triad Wholesale Lumber, Inc.**<br>**P.O. BOX 8205**<br>**Greensboro, NC 27419** | - | | | | | | 24,479.25 |
| Account No.<br><br>**Triange Brick Company**<br>**PO Box 900002**<br>**Raleigh, NC 27675-9000** | - | | | | | | 316.02 |
| Account No.<br><br>**Trim, Inc.**<br>**PO Box 905**<br>**Mocksville, NC 27028-0905** | - | | | | | | 1,204.37 |
| Account No.<br><br>**TriTest, Inc.**<br>**PO Box 33190**<br>**Raleigh, NC 27636** | - | | | | | | 100.00 |

Sheet no. __31__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **27,143.68**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                Best Case Bankruptcy

In re **McDonald Brothers, Inc.** ,      Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Tucker Door & Trim** **650 HWY 83** **Monroe, GA 30655** | - | | | | | | | 2,753.93 |
| Account No. | | | | | | | | |
| **Turnkey Millwork, Inc.** **PO Box 589** **Troy, AL 36081** | - | | | | | | | 1,290.50 |
| Account No. | | | | | | | | |
| **Union Corrugating Co.** **PO BOX 1848** **Fayetteville, NC 28302** | - | | | | | | | 9,209.72 |
| Account No. | | | | | | | | |
| **United Fire & Safety** **PO Box 235** **Goldston, NC 27252** | - | | | | | | | 737.02 |
| Account No. | | | | | | | | |
| **Universal Forest Products, Inc.** **P O Box 530155** **Atlanta, GA 30353** | - | | | | | | | 5,872.20 |

| | | |
|---|---|---|
| Sheet no. __32__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 19,863.37 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

In re **McDonald Brothers, Inc.** ,  Case No. _____
                                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| US Lumber Group PO BOX 402264 Atlanta, GA 30384 | - | | | | | | | 22,403.87 |
| Account No. | | | | | | | | |
| Vann & Sheridan Attorneys at Law 1720 Hillsborough Street Suite 200 Raleigh, NC 27605 | - | | | | | | | 3,912.59 |
| Account No. | | | | | | | | |
| Waddell Manufacturing Co. PO Box 70308 Cleveland, OH 44190-0308 | - | | | | | | | 566.88 |
| Account No. | | | | | | | | |
| Wake Supply PO BOX 12138 Raleigh, NC 27605 | - | | | | | | | 4,496.89 |
| Account No. | | | | | | | | |
| Web-Don, Inc. P.O. BOX 26367 Charlotte, NC 28221 | - | | | | | | | 442.80 |

Sheet no. __33__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   31,823.03

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re **McDonald Brothers, Inc.**                                    Case No. _____
                                            ,
                                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Welco Lumber Corp. PO BOX 70216 Chicago, IL 60673 | | - | | | | | 68,766.78 |
| Account No. | | | | | | | |
| Wells Fargo PO Box 7777 San Francisco, CA 94120-7777 | | - | | | | | 28.73 |
| Account No. | | | | | | | |
| Western Reflections PO BOX 636126 Cincinnati, OH 45263 | | - | | | | | 5,847.94 |
| Account No. | | | | | | | |
| WEYERHAUSER NR Company PO BOX 640160 Pittsburgh, PA 15264 | | - | | | | | 94,334.48 |
| Account No. | | | | | | | |
| Wholesale Builders Supply PO Box 346 Colfax, NC 27235 | | - | | | | | 1,192.07 |

Sheet no. __34__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          170,170.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re **McDonald Brothers, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Windsor Window Co.** PO BOX 202637 Dallas, TX 75320 | | - | | | | | | 25,874.91 |
| Account No. **Windstream** PO Box 9001908 Louisville, KY 40290-1908 | | - | | | | | | 745.36 |
| Account No. **Wurth Wood Group** PO Box 601182 Charlotte, NC 28260-1182 | | - | | | | | | 543.63 |
| Account No. **Xerox Corporation** PO Box 650361 Dallas, TX 75265-0361 | | - | | | | | | 791.92 |
| Account No. | | | | | | | | |

Sheet no. __35__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 27,955.82 |
| Total (Report on Summary of Schedules) | | 2,542,257.01 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re __McDonald Brothers, Inc._____ ,     Case No. _____

                                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Applied Copier Concepts<br>4260 Piedmont Parkway, Suite 105<br>Greensboro, NC 27401 | Copy Machine Service Agreement (Siler City) |
| Atlantic Coast Toyotalift<br>Po Box B<br>High Point, NC 27260 | Planned Maintenance Agreement |
| BB&T Equipment Leasing Corporation<br>PO Box 31273<br>Charlotte, NC 28231 | 2008 Utility Trailer (Trailer #T11) |
| Dabbs Brothers, LLC<br>PO Box 2032<br>Wilmington, NC 28402 | Prospective purchaser of real property on Indiana Ave., Southern Pines |
| Great American Leasing<br>P.O. Box 10426<br>Des Moines, IA 50306 | IBM/Linux Database Server |
| Keith Black Rental & Trading Company<br>131 Brothers Rd.<br>Southern Pines, NC 28387 | Lease of property located at 2401 US Hwy 1, Southern Pines |
| Longleaf Truss Company<br>PO BOX 225<br>West End, NC 27376 | Lease of property located at 4476 Hwy 211, West End, NC |
| New Heritage Realty, Inc.<br>1901 N. Poplar St.<br>Ste. E<br>Aberdeen, NC 28315 | Real property listing agreement for property on Indiana Ave. |
| Pitney Bowes Credit Corp<br>2225 American Drive<br>Neenah, WI 54956-1005 | Postage Machine |
| Scooter's Cafe<br>506 S. Chatham Ave.<br>Siler City, NC 27344 | Lease of real property located at 506 S. Chatham Ave., Siler City, NC |
| Waste Management<br>P.O. Box 9001547<br>Louisville, KY 40290-1547 | Garbage Collection |

__1__

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re **McDonald Brothers, Inc.** , Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Wellpath Select Inc.**<br>**P.O. Box 6526**<br>**Carol Stream, IL 60197-6526** | **Employee health insurance provider** |
| **Xerox Direct**<br>**26600 SW Parkway**<br>**Wilsonville, OR 97070** | **Copy/Fax Machine  (Siler City)** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

In re   **McDonald Brothers, Inc.**               ,    Case No. _____

                                   Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Angus A. McDonald, Jr.**<br>**PO Box 1606**<br>**Southern Pines, NC 28388** | **BB&T**<br>**Bankruptcy Section**<br>**PO Box 1847**<br>**Wilson, NC 27894-1847** |
| **Angus A. McDonald, Jr.**<br>**PO Box 1606**<br>**Southern Pines, NC 28388** | **BB&T**<br>**Bankruptcy Section**<br>**PO Box 1847**<br>**Wilson, NC 27894-1847** |
| **Virginia Cary L. McDonald**<br>**PO Box 378**<br>**West End, NC 27376** | **BB&T**<br>**Bankruptcy Section**<br>**PO Box 1847**<br>**Wilson, NC 27894-1847** |
| **Virginia Cary L. McDonald**<br>**PO Box 378**<br>**West End, NC 27376** | **BB&T**<br>**Bankruptcy Section**<br>**PO Box 1847**<br>**Wilson, NC 27894-1847** |

**0**

\_\_\_\_ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com               Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re  McDonald Brothers, Inc.                    Case No.

                                       Debtor(s)          Chapter     11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   54   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  August 22, 2011                       Signature    /s/ Angus A. McDonald, JR.

                                                       Angus A. McDonald, JR.

                                                       President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of North Carolina

In re  McDonald Brothers, Inc.                                          Case No.
                                          Debtor(s)                     Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 36,859.00** |
| Prior to the filing of this statement I have received | $ | 36,859.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

☒ Debtor          ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor          ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Fees as pursuant to Local Rule 2016-1, a copy of which has been provided to the debtor.

    ** See attached R2016 statement which was filed with the application to employ.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  August 22, 2011                         s/John A. Northen
                                                John A. Northen, NCSB 6789
                                                Northen Blue, L.L.P.
                                                1414 Raleigh Road, Suite 435
                                                P.O. Box 2208
                                                Chapel Hill, NC 27515-2208
                                                (919) 968-4441

---

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **McDonald Brothers, Inc.** _____ ,    Case No. _____

                                                  Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Angus McDonald** | | **62.666 %** | |
| **Cary C. McDonald** | | **16.666%** | |
| **Virginia Cary L. McDonald** | | **20.668%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 22, 2011** _____      Signature **/s/ Angus A. McDonald, JR.** _____

                                                             **Angus A. McDonald, JR.**
                                                               **President**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of North Carolina

In re    McDonald Brothers, Inc. _____    Case No. _____

                                       Debtor(s)    Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    August 22, 2011 _____        /s/ Angus A. McDonald, JR. _____

                                                     Angus A. McDonald, JR./President
                                                     Signer/Title

Credit Bureau
PO Box 26140
Greensboro, NC 27402


Internal Revenue Service
Special Procedures
2303 Meadowview Road
Mail Stop #9
Greensboro, NC 27407


N.C. Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27603-1168


20-20 Technologies
400 Armand Frappier Blvd.
Suite 2020
Laval, Quebec CA


Activant Solutions
12130 PENNSYLVANIA STREET
Dept. 232
Denver, CO 80291


Advance Auto Work
PO Box 5219
Carol Stream, IL 60197-5219


AEC Imaging & Graphics, LLC
125 Murray Hill Road STE E
Southern Pines, NC 28387


Alfra USA LLC
120 Prairie Lake Road
STE B
Dundee, IL 60118-9128


All State Glass
1200 N Sandhills Blvd
Aberdeen, NC 28315


Allstate Workplace Division
PO Box 678227
Dallas, TX 75267-8227

Ameri Gas
1340 Central Drive
Southern Pines, NC 28387

American Discount Aluminum, Inc.
PO Box 4332
Tallahassee, FL 32315

American Express
PO Box 297871
Fort Lauderdale, FL 33329

American General Tools
2750 Auto Park Way, STE 13
Escondido, CA 92029

American Heritage Life Insurance Co.
P O Box 650514
Dallas, TX 75265-0514

Anderson Logistics
PO BOX 905084
Charlotte, NC 28290

Angus A. McDonald, Jr.
PO Box 1606
Southern Pines, NC 28388

Angus A. McDonald, Jr.
PO Box 1606
Southern Pines, NC 28388

Appalachian Lumber Company
5879 W. US 421 North
Wilkesboro, NC 28697

Applied Copier Concepts
PO Box 18606
Greensboro, NC 27419-8606

Applied Copier Concepts
4260 Piedmont Parkway, Suite 105
Greensboro, NC 27401

Assurant Benefits
PO Box 803821
Kansas City, MO 64180-3821


Atlantic Coast Toyotalift
Po Box B
High Point, NC 27260


Atlantic Coast Toyotalift
Po Box B
High Point, NC 27260


Atlas Express Inc.
PO Box 16173
Chesapeake, VA 23328


Baldwin Hardware Corp.
13212 Collections Center Drive
Fayetteville, NC 28302-0109


Baywood Builders
128 Carson Court
Pittsboro, NC 27312


BB&T
Bankruptcy Section
PO Box 1847
Wilson, NC 27894-1847


BB&T
Bankruptcy Section
PO Box 1847
Wilson, NC 27894-1847


BB&T Bankcard Corporation
P.O. Box 698
Wilson, NC 27894-0698


BB&T Equipment Finance
PO Box 580155
Charlotte, NC 28258-0155


BB&T Equipment Financing
PO Box 31273
Charlotte, NC 28231

BB&T Equipment Leasing Corporation
PO Box 31273
Charlotte, NC 28231


Best Distributing Company
PO Box 75368
Charlotte, NC 28275-0368


Bilco Company
PO Box 845668
Boston, MA 02284-5668


Bill Smith Ford, Inc.
PO Box 5
Southern Pines, NC 28388-0005


Black & Decker
PO Box 198947
Atlanta, GA 30384-8947


Blaine Window Hardware
17319 Blaine Drive
Hagerstown, MD 21740


Boyle & Chase, Inc.
PO Box 74
Accord, MA 02018-0074


C.H. Briggs Hardware Co. Inc.
PO Box 15188
Reading, PA 19612-5188


Candor Oil Company
PO BOX 446
Candor, NC 27229


Carhartt, Inc.
PO Box 731237
Dallas, TX 75373-1234


Carolina Atlantic Dist.
PO BOX 2580
Sanford, NC 27331

Carolina Door & Hardware, Inc.
PO Box 2787
Greensboro, NC 27402


Carolina Trim Specialties
PO Box 275
Indian Trail, NC 28079-0275


Carter Millwork
PO Box 189
Linwood, NC 27299


Cedar Creek, LLC
PO BOX 843704
Dallas, TX 75284


Central Electric Mem Corp.
PO Box 1107
Sanford, NC 27331-1107


Central Security Sys., Inc.
370 NW Broad Street
Southern Pines, NC 28387


CenturyLink
P O Box 4300
Carol Stream, IL 60197-4300


Chatham County Tax Collector
PO Box 697
Pittsboro, NC 27312


Chatham County Tax Collector
PO Box 697
Pittsboro, NC 27312


City of Sanford
PO Box 1558
Sanford, NC 27331


Clark Chev-Cad, Inc.
PO Box 1890
Pinehurst, NC 28370-1890

Coilhose Pneumatics
19 Kimberly Road
East Brunswick, NJ 08816


Colonial Materials
PO BOX 681627
Charlotte, NC 28216


Com Tech
PO BOX 890675
Charlotte, NC 28289


Connect NC
420 SW Broad Street
Southern Pines, NC 28387


Copywright Printing Company
150 Shepard Trail
Aberdeen, NC 28315


Cox Industries, Inc.
PO BOX 1124
Orangeburg, SC 29116


CRA Payment Center
PO Box 3900
Lancaster, PA 17604-3900


Creative Specialties
75 Remittance Drive #1590
Chicago, IL 60675-1590


CSX Transportation
PO Box 116628
Atlanta, GA 30368-6628


Dabbs Brothers, LLC
PO Box 2032
Wilmington, NC 28402


Dallas Millwork
PO BOX 549
Hiram, GA 30141

Dealers Supply
PO Box 1070
Charlotte, NC 28201-1070


Deltana Enterprises, Inc.
10820 NW 29 Street
Miami, FL 33172


Deluxe
PO Box 88042
Chicago, IL 60680-1042


Diamond Hill Plywood Company
PO BOX 601905
Charlotte, NC 28260


Dixon Hughes, LLP
Suite 700, One West Fourth Street
Winston Salem, NC 27101


Door Tech LLC
121 Cedar Lane Drive
Lexington, NC 27292


Doster, Post, Silverman & Foushee
PO Box 1320
Sanford, NC 27331


Dunning Capital
6837 Falls Of Neuse Road
Ste. 206
Raleigh, NC 27615


Dyke Industries
PO Box 8257
Rocky Mount, NC 27804


E&M Consulting, Inc.
80 West 78th Street, STE 230
Chanhassen, MN 55317


Employment Security Commission
700 Wade Avenue
P.O. Box 26504
Raleigh, NC 27611

Endura
PO BOX 277748
Atlanta, GA 30384


Equifax Credit Info Service
PO Box 105835
Atlanta, GA 30348-5835


eReplacement Parts.com
564 W 9320 S
Sandy, UT 84070


Essroc Cement Corp.
PO BOX 642336
Pittsburgh, PA 15264


Fay Block Materials
PO DRAWER 1867
Fayetteville, NC 28302


FedEx
PO Box 371461
Pittsburgh, PA 15250


First Bank
PO Box 1657
Southern Pines, NC 28388


Fitzgerald Wood Products, Inc.
4022 Market Street STE 101
Wilmington, NC 28403


Ford Credit
P.O. Box 105697
Atlanta, GA 30348-5697


Ford Motor Credit
P.O. Box 472687
Charlotte, NC 28247


Ford Motor Credit
P.O. Box 472687
Charlotte, NC 28247

Gaddy Waste Service
PO Box 336
Cameron, NC 28326


GE Capital
P.O. Box 3083
Cedar Rapids, IA 52406-3083


Gene Inman Trans of Whiteville Inc.
346 Bill Hooks Road
Whiteville, NC 28472


Grabber Const. Products
PO BOX 29675
Dept. 2021
Phoenix, AZ 85038


Graco Distributors
532 PATTERSON AVE
Mooresville, NC 28115


Grant's Express Tire & Auto
101 Cheraw Road
Hamlet, NC 28345


Great American Leasing
P.O. Box 10426
Des Moines, IA 50306


Great American Leasing
P.O. Box 10426
Des Moines, IA 50306


Green Guard First Aid & Safety
4159 Shoreline Drive
Earth City, MO 63045


Gregory Poole
Equipment Company
PO Box 60457
Charlotte, NC 28260


High Level Components, LLC
PO BOX 157
Locust, NC 28097

Hitachi Koki USA, Ltd.
DRAWER 100794
Atlanta, GA 30384


HK Windows
5101 Nelson Road STE 100
Morrisville, NC 27560


Horizon Forest Products, L.P.
PO Box 46809
Raleigh, NC 27620


House Hasson Hardware
DEPT 888080
Knoxville, TN 37995


Huttig Building Products
PO BOX 8348
Rocky Mount, NC 27804


HY-Lite
3000 East Johnson Avenue
Pensacola, FL 32514


IBSA
PO Box 2310
Smithfield, NC 27577


IDH By ST. Simon Inc.
PO Box 6776
Orange, CA 92863-6776


Information Technology Services
PO Box 752167
Charlotte, NC 28275-2167


Insight Direct USA, Inc.
PO Box 731069
Dallas, TX 75373-1069


Insignia Systems, Inc.
8799 Brooklyn Blvd.
Minneapolis, MN 55455

Interior Distributors, Inc.
Box 14126
Raleigh, NC 27620


Interior Distributors, Inc.
PO BOX 277525
Atlanta, GA 30384


Internal Revenue Service
Special Procedures
2303 Meadowview Road
Mail Stop #9
Greensboro, NC 27407


Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA 19114


Interstate Batteries
P.O. Box 660076
Dallas, TX 75266-0076


Interstate Dist. of Dunn
PO BOX 1145
Dunn, NC 28335


Jeld-Wen Millwork
PO BOX 404587
Atlanta, GA 30384


Jenny Products, Inc.
PO Box 640384
Somerset, PA 15501-1069


Johnson Lumber Products, Inc.
PO Box 37
Ivanhoe, NC 28447-0037


JW Distributors, Inc.
1517 Buckhorn Road
Mebane, NC 27302

Keith Black Rental & Trading Company
131 Brothers Rd.
Southern Pines, NC 28387


Key Equipment Leasing
26000 Cannon Road
Cleveland, OH 44146


Kiley Millwork Specialties
103 Crescent Avenue
Fayetteville, NC 28305


Kraft Tool Company
PO Box 860230
Shawnee, KS 66286


Labcorp of America Holdings
PO Box 12140
Burlington, NC 27216-2140


Lansing BLGD Products
PO Box 28750
Henrico, VA 23228-8750


Lee County Tax Collector
P.O. Box 1968
Sanford, NC 27331-1147


Light Styles
1261 CLAREMONT ROAD
Carlisle, PA 17015


LL Cultured Marble, Inc.
1184 Maple Grove Church Road
Mount Airy, NC 27030


Longleaf Truss Company
PO BOX 225
West End, NC 27376


Longleaf Truss Company
PO BOX 225
West End, NC 27376

Lowe Mfg Co., Inc.
18903 High Point Road
Viola, WI 54664-8916


Masterbrand Cabinets
75 REMITTANCE DR  STE 1860
Chicago, IL 60675


Meyers Decorative
PO Box 905025
Charlotte, NC 28290


MGM Industries
287 FREEHILL ROAD
Hendersonville, TN 37075


Monroe Hardware
PO BOX 5015
Monroe, NC 28110


Moore County Tax Collector
P.O. Drawer 428
Carthage, NC 28327


Moore County Tax Collector
P.O. Drawer 428
Carthage, NC 28327


Moore County Tax Collector
P.O. Drawer 428
Carthage, NC 28327


Moore County Tax Collector
P.O. Drawer 428
Carthage, NC 28327


Moore County Tax Collector
P.O. Drawer 428
Carthage, NC 28327


Moore County Tax Collector
P.O. Drawer 428
Carthage, NC 28327

Moss Supply Company
PO Box 26338
Charlotte, NC 28221-6338


Mouser Custom Cabinetry, LLC
2112 N. HWY 31 West
Elizabethtown, KY 42701


MW Windows & Ply Gem
PO BOX 809082
Chicago, IL 60680


Navistar Financial Corporation
425 N Martingale Road # 1800□□
Schaumburg, IL 60173


Navistar Financial Corporation
425 N Martingale Road # 1800□□
Schaumburg, IL 60173


Navistar Financial Corporation
425 N Martingale Road # 1800□□
Schaumburg, IL 60173


Navistar Financial Corporation
425 N Martingale Road # 1800□□
Schaumburg, IL 60173


Navistar Financial Corporation
425 N Martingale Road # 1800□□
Schaumburg, IL 60173


NC Department of Revenue
501 N Wilmington Street
P.O. Box 25000
Raleigh, NC 27640-5000


New Heritage Realty, Inc.
1901 N. Poplar St.
Ste. E
Aberdeen, NC 28315


New River Building Supply
PO Box 2960
Boone, NC 28607-2960

Norandex/Reynolds Building Products
178 East Mountain Drive
Fayetteville, NC 28306


Parksite Inc.
6982 PAYSPHERE CIRCLE
Chicago, IL 60674


Paul Argoe Screens, Inc.
PO Box 8
North, SC 29112-0008


Pennsylvania Lumbermen's Mutual
PO Box 827925
Philadelphia, PA 19182-7925


Penrod Company
PO Box 2100
Virginia Beach, VA 23450


Phillips Ford
PO Box 100
Carthage, NC 28327


Pitney Bowes Credit Corp
2225 American Drive
Neenah, WI 54956-1005


Pitney Bowes Global Financial Services,
P O Box 856460
Louisville, KY 40285


Porta-Nails, INC
PO Box 1257
Wilmington, NC 28402


Praxair Distribution
Dept. 0812
PO Box 120812
Dallas, TX 75312


Pre-Paid Legal Service, Inc.
PO Box 2629
Ada, OK 74821-9984

Primesource Building Products, Inc.
2517 PAYSPHERE CIRCLE
Chicago, IL 60674


Pro-Kay Supply, Inc.
PO Box 93
Orrum, NC 28369-0093


Purchase Power
PO BOX 856042
Louisville, KY 40285-6042


Randolph Electric Mem Corp.
PO Box 880
Robbins, NC 27325-0880


Republic Services #778
 PO Box 9001099
Louisville, KY 40290-1099


Robbins May & Rich, LLP
120 Applecross Road
Pinehurst, NC 28374


Rockwell Towing
145 Carolina Road
Aberdeen, NC 28315


S&H Oil Company
119A West Dolphin Street
Siler City, NC 27344


Safety Kleen Corp
P.O. BOX 382066
Pittsburgh, PA 15250-8066


Sandhill Electrical Supply
PO Box 1510
Cary, NC 27512-1510


Sandhills Office Systems
PO Box 850
Rockingham, NC 28380

Sandhills Urgent Care
10935 US 15-501 HWY
Southern Pines, NC 28387


Scooter's Cafe
506 S. Chatham Ave.
Siler City, NC 27344


Seven Lakes Hardware
PO Box 406
West End, NC 27376


Seven Lakes Landowners Association
PO Box 1359
Commerce, GA 30529-0026


Shell
PO Box 183019
Columbus, OH 43218-3019


Smith's Mtn Water
PO Box 845
Pittsboro, NC 27312


Snavely Forest Products
PO BOX 740996
Atlanta, GA 30374


Southern Forest Products, Inc.
144 LUMBER LANE
Mount Holly, NC 28120


Southern Motor Parts, Inc.
PO Box 1096
Aberdeen, NC 28315


Southern Pines Chevy
PO Bo x570
Southern Pines, NC 28388


Sprint
P.O. Box 96064
Charlotte, NC 28296-0064

Staples Advantage
PO Box 405386
Atlanta, GA 30384-5386


Steel & Pipe Co.
PO BOX 700
Sanford, NC 27331


Sullair Corporation
PO Box 73178
Chicago, IL 60673


Suresource
20 Constitution Blvd South
Shelton, CT 06484-4302


The Door Store of America
10681 WORLD TRADE BLVD.
Raleigh, NC 27617


The Hardwood Store
PO Box 15
Gibsonville, NC 27249


The Oil Changer, Inc.
345 Murray Hill Road
Southern Pines, NC 28387


Thomas Manufacturing Company
PO Box 407
Siler City, NC 27344


Thomas Tire Company
PO Box 2917
Asheboro, NC 27204


Tillman
PO Box 6257
Compton, CA 90224-6257


Tinder Wholesale
PO BOX 2188
Manassas, VA 20108

Top Notch Dist., Inc.
PO Box 189
Honesdale, PA 18431-0189


Triad Corrugated Metal, Inc.
PO Box 4907
Asheboro, NC 27204-4907


Triad Wholesale Lumber, Inc.
P.O. BOX 8205
Greensboro, NC 27419


Triange Brick Company
PO Box 900002
Raleigh, NC 27675-9000


Trim, Inc.
PO Box 905
Mocksville, NC 27028-0905


TriTest, Inc.
PO Box 33190
Raleigh, NC 27636


Tucker Door & Trim
650 HWY 83
Monroe, GA 30655


Turnkey Millwork, Inc.
PO Box 589
Troy, AL 36081


Union Corrugating Co.
PO BOX 1848
Fayetteville, NC 28302


United Fire & Safety
PO Box 235
Goldston, NC 27252


Universal Forest Products, Inc.
P O Box 530155
Atlanta, GA 30353

US Lumber Group
PO BOX 402264
Atlanta, GA 30384


Vann & Sheridan
Attorneys at Law
1720 Hillsborough Street
Suite 200
Raleigh, NC 27605


Virginia Cary L. McDonald
PO Box 378
West End, NC 27376


Virginia Cary L. McDonald
PO Box 378
West End, NC 27376


Waddell Manufacturing Co.
PO Box 70308
Cleveland, OH 44190-0308


Wake Supply
PO BOX 12138
Raleigh, NC 27605


Walter W. Pitt, Jr.
Bell Davis & Pitt
100 N. Cherry St.
Ste. 600
Winston Salem, NC 27120


Walter W. Pitt, Jr.
Bell Davis & Pitt
100 N. Cherry St.
Ste. 600
Winston Salem, NC 27120


Waste Management
P.O. Box 9001547
Louisville, KY 40290-1547


Web-Don, Inc.
P.O. BOX 26367
Charlotte, NC 28221

Welco Lumber Corp.
PO BOX 70216
Chicago, IL 60673


Wellpath Select Inc.
P.O. Box 6526
Carol Stream, IL 60197-6526


Wells Fargo
PO Box 7777
San Francisco, CA 94120-7777


Western Reflections
PO BOX 636126
Cincinnati, OH 45263


WEYERHAUSER NR Company
PO BOX 640160
Pittsburgh, PA 15264


Wholesale Builders Supply
PO Box 346
Colfax, NC 27235


Windsor Window Co.
PO BOX 202637
Dallas, TX 75320


Windstream
PO Box 9001908
Louisville, KY 40290-1908


Wurth Wood Group
PO Box 601182
Charlotte, NC 28260-1182


Xerox Corporation
PO Box 650361
Dallas, TX 75265-0361


Xerox Direct
26600 SW Parkway
Wilsonville, OR 97070

# United States Bankruptcy Court
## Middle District of North Carolina

In re  McDonald Brothers, Inc.

Debtor(s)

Case No.
Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  McDonald Brothers, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August 22, 2011

Date

/s/ John A. Northen, NCSB

John A. Northen, NCSB 6789

Signature of Attorney or Litigant

Counsel for  McDonald Brothers, Inc.

Northen Blue, L.L.P.
1414 Raleigh Road, Suite 435
P.O. Box 2208
Chapel Hill, NC 27515-2208
(919) 968-4441

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy